JUDGE DAVID GUADERRAMA

FILED

2018 DEC 12 PM 5: 22

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-18-CR- |
| | § | |
| Plaintiff, | § | **SEALED** |
| | § | **INDICTMENT** |
| v. | § | |
| | § | CT 1: 21:841(a)(1)-Possession of a |
| NELSON ARAGONES, | § | Controlled Substance With Intent to |
| | § | Distribute and |
| Defendant. | § | |
| | § | CT 2: 21:843 (b)-Unlawful Use a |
| | § | Communication Facility. |

EP18CR3544

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

That on or about February 17, 2017, in the Western District of Texas, Defendant,

**NELSON ARAGONES,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

<u>COUNT TWO</u>
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii) & 843(b))

That on or about February 17, 2017, in the Western District of Texas, Defendant,

**NELSON ARAGONES,**

knowingly and intentionally did use a communication facility, to wit; the mail, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section

841 (a)(1) and 841 (b)(1)(A)(viii), that is the offense set forth in Count I of this indictment incorporated by reference herein.

                        A TRUE BILL.

**ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERNMENT ACT OF 2002**

FOREPERSON OF THE GRAND JURY

JOHN F. NASH
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney