UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

NELSON ARAGONES,
    Movant,

v.                                Case No. 18-CR-3544-DCG-2

UNITED STATES OF AMERICA,
    Respondent,
_____/

MOTION ACCORDING TO A WRIT
OF NUNC PRO TUNC

COMES NOW, Nelson Aragones, Movant pro se, filing this instant motion for Nunc Pro Tunc (Now for Then). Movant is a layman of the law, unskilled in the legal drafting as that of an attorney, therefore he requests that this motion be construed in a "liberal" manner according to law. Haines v. Kerner, 404 U.S. 519 (1972).

Movant states the following reasons in support of this Nunc Pro Tunc motion:

I. STATEMENT OF FACTS

Mr. Aragones was arrested in the state of Texas for the following case nos. 20150D05018 and 20160D01098 on May 3, 2017, the Movnat was sentenced to 6 years (72mos) of imprisonment and placed in the custody of the TCDJ (Texas dept. of corrections).

On December 12, 2018; Mr. Aragones was indicted for the current federal offenses in the Western District of Texas in the 5th Circuit of the United States District Court.

On March 25, 2019 Mr. Aragones was transfered from the custody

1

of the TCDJ to that of the Federal Detention Center in Texas via the US Marshals on a Federal Writ. On 11/22/2019, the defendant pled guilty to the instant offenses in case no. EP-18-cr-03544-DCG. Due to the unfortunate events surrounding the COVID-19 pandemic; sentencing was delayed for almost a full year (11/16/20). On this date, Mr. Aragones was sentenced to 120 mos of imprisonment by the federal judge. This was via a "sealed plea agreement."

During the Defendant's time in the FDC awaiting the proceedings of the instant offenses; the Texas Parole Board met with Mr. Aragones 3 times at which parole was subsequently denied on all 3 occasions.

## HISTORY OF CUSTODY/IMPRISONMENT

Mr. Aragones was in custody of the Texas DCJ from 05/03/2017 thru 03/25/2019, at which point his custody was transfered to the US Marshal's and FDC. The Defendant remained in the custody of the federal government / USM from the above date forward. Once sentenced by the federal judge in the instant offense he was <u>NEVER</u> <u>returned</u> back to the custody of the TCDJ.

According to Mr. Aragones' "Team Computation Sheet" his "in-custody" date reflects 03/25/2019; however his computation of sentence date doesn't begin until 09/19/2021. That is over 2 years after being transfered to the custody of the Federal government.

## ADMINISTRATIVE REMEDIES

Mr. Aragones has attempted to remedy his computation of sentencing issues via administrative remedies at the institutional level to no avail. In 2022, the Defendant contacted staff here at FCC Coleman Medium inquiring as to the missing credit for time

served. Then Warden Salem responded stating that he couldn't receive credit towards his federal sentence that had already been applied to another sentence. (see attachment 1).

Once again on 02/24/2023, Mr. Aragones filed a BP-8 with his plea agreement attached noting the government's deferment to the court regarding the imposing of sentence concurrently, consecutively or a combination of both. On 03/10/2023 the Bp-8 was returned stating Mr. Aragones was in state custody at his time of federal sentencing so therefore though he was in custody of the USM/FDC ; that time was awarded to his state sentence and thus is not applicable to his current federal sentence (see attachment 2).

Again, Mr. Aragones refers back to his Sentencing hearing transcript, specifically on page 7 at lines 3-4. Here the Judge states that he is going to agree with the plea and its conditions, never stating that he could not receive the time he had been in custody of the USM/FDC despite he still being under a state sanction. The only caveat from the government was that Mr. Aragones couldn't receive any credit from the time in custody of the TCDJ prior to being arrested on the government's writ to prosecute.

## CONCLUSION

Movant hopes and prays that this Honorable Court will grant his request of this instant motion for Nunc Pro Tunc and thus provide him with the credit for the time served.

Date: 5/22/2023

Respectfully Submitted,

Nelson Aragones

## CERTIFICATE OF SERVICE

I, Nelson Aragones, hereby declare under penalties of perjury (18 U.S.C. §1746), that a true and correct copy of the foregoing was mailed via the U.S.P.S. with first class postage prepaid and placed in the prison mail system on this 22 day of May, 2023. Copies were mailed to the following address: Albert Armendariz Sr U.S. Courthouse; Clerk of Court, 525 Magoffin Ave. Room 165; EL Paso, Tx 79901. I request that the Clerk of Court notify any and all other interested parties via the CM/ECF system.

[Oath and Affirmation]

Nelson Aragones
Reg#28199-480
FCC Coleman Medium
P.O. Box 1032
Coleman, FL 33521

Nelson Aragones / Reg# 28199-480
Federal Correctional Complex Coleman Medium
P.O. Box 1032
Coleman, FL 33521

LEGAL MAIL

CERTIFIED MAIL

7021 2720 0000 2268 5936

TAMPA FL 335
SAINT PETERSBURG FL
23 MAY 2023 PM 8 L

Albert Armendariz Sr.
U.S. Courthouse / Clerk of Court
525 Magoffin Ave. Room 165
EL Paso, TX 79901

SCREENED BY CSO
MAY 29 2023

79901-257799

