EP:18-CR-3544(1)DCG

4/8/2024

Honorable Judge Guaderrama,

This is Nelson Aragones writing you another letter as an attempt to get your attention about the way my sentence has been calculated. The agreement from the begining was that my time was going to start on the date I was arrested by the United States Marshals on March 25, 2019. That's what I was told by my attorney Mr. Shane McMahon when I decided to sign the plea agreement. It is unfair that the Government of the United States uses certain kind of indecent methods to obtain a conviction. These wrongful government conduct is unaceptable an unethical. My sentencing date was postponed almost 10 times which is some kind of sentencing entrapment. I will keep trying until I get an answer from your court or from your honor because the disparity

ON MY SENTENCE IS ENORMOUS COMPARED TO OTHER CONVICTIONS THAT GOT CAUGTH WITH 5 TIMES THE AMOUNT OF DRUGS AND GOT SENTENCED WITH LESS TIME THAN ME. I RESPECTFULLY ASK YOUR HONOR TO GRANT THE WAY THE PLEA AGREEMENT WAS TO BE DONE. I WILL BE WAITING FOR YOUR ANSWER. THANK YOU FOR YOUR TIME.

RESPECTFULLY, [signature]

NELSON ARAGONES
#28199480-A2·92
FEDERAL CORRECTIONAL
COMPLEX-MEDIUM
P.O. BOX 1032
COLEMAN, FLORIDA
33521
CASE # EP-18-CR-3544
DCG-1

Nelson Aragones #28199480
A2.92 Federal Correctional
Complex - Medium
P.O. Box 1032
Coleman, Florida
33521

TAMPA FL 335
SAINT PETERSBURG FL
12 APR 2024 PM 7 L

Judge David Guaderrama
U.S. Court
Western District of Texas
El Paso Division
525 Magoffin Ave.
El Paso, TX

79901-248499